```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------X

    K'OYITL'OTS'INA, LTD.,

                        Plaintiff,           19 Civ. 11309 (LLS)

        - against -                          ORDER

    ROBERT GOTTSCHALK,

                        Defendant.
-------------------X
```

In light of the parties' communications to the Court (plaintiff's July 28 and August 7, 2020; defendant's July 30, 2020),

1. The complaint is dismissed with prejudice, under Fed. R. Civ. P. 41(a)(2); and

2. Defendant may move within the next 45 days for costs, attorneys' fees, and a declaration that he is the prevailing party; and

3. The conference scheduled for August 21, 2020 at 12:30 is cancelled.

So ordered.

Dated: New York, New York
       August 7, 2020

                                   _Louis L. Stanton_
                                   LOUIS L. STANTON
                                   U.S.D.J.